# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2015

## NO. 03-14-00498-CV

**Steven B. Aubrey, Appellant**

**v.**

**Susan Kay Steeg, Appellee**

---

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**DISMISSED AS MOOT -- OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the order signed by the district court on April 24, 2014. Having reviewed the record, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.